### John B. DeVoney, Defendant in Error, v. Thomas Gaynor, Plaintiff in Error.

### Gen. No. 16,643.

APPEALS AND ERRORS—*when writ of error dismissed.* A writ of error to review a judgment rendered by the Municipal Court will be dismissed if the stenographic report has been stricken, and the errors assigned cannot be considered in the absence of a stenographic report.

Error to the Municipal Court of Chicago; the Hon. W. H. DIETRICH, Judge, presiding. Heard in the Branch Appellate Court at the Oc-

tober term, 1910.   Writ of error dismissed.   Opinion filed November 18, 1910.

WILLIAM H. TATGE, for plaintiff in error; GAVIN & MAYER, for defendant in error.

PER CURIAM,   A motion of defendant in error to strike the stenographic report of the proceedings from the record has heretofore been sustained.   None of the assigned errors can be considered in the absence of a bill of exceptions or such stenographic report.

On motion of defendant in error, the writ of error will therefore be dismissed.

*Writ of error dismissed.*